IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**BOYD N. BOLAND**

| | |
|---|---|
| Courtroom Deputy: Nel Steffens | FTR: 06-cr-00121-LTB |
| | Date: September 14, 2006 |
| Case No.: 06-cr-00121-LTB | |
| UNITED STATES OF AMERICA, | Suneeta Hazra for Judith Smith |
| Plaintiff, | |
| vs. | |
| TERRANCE DAVID HOPKINS, | Scott Jurdem |
| Defendant. | |

_____

### HEARING ON (#112) *MOTION FOR AMENDMENT OF DETERMINATION DENYING BAIL BASED ON CHANGED CONDITIONS*
_____

Court in session: 4:02 p.m.

Court calls case and appearances. Sue Heckman is present from Pre-trial Services. Defendant is present in custody.

Court has reviewed the (#112) Motion and (#116) Government's Response.

Mr. Jurdem calls witness Sue Ann Lundy who is sworn.
Direct by Mr. Jurdem.
No cross.
Witness is excused.
Argument by Mr. Jurdem.
Argument by Ms. Hazra.
Final argument by Mr. Jurdem.

**ORDERED:**

- (#112) *Motion for amendment of Determination Denying Bail Based on Changed Conditions* is **DENIED:** statutory burden has not been met.

Court in recess: 4:19 p.m.
Hearing concluded.
Hearing duration: 17 minutes